AO 91 (Rev. 02/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

DEC -7 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Betsy Micaela Alcantar | ) | Case No. B-20-MJ-902 |
| | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __12/07/2020__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __21__ U. S. C. § __841, 846__, an offense described as follows:

Knowingly and Intentionally Possess with the Intent to Distribute approximately 16.76 kilograms of cocaine, a Schedule II, Title II, of the Controlled Substance Act. Furthermore, the defendant did knowingly and intentionally conspire and agree with persons known and unknown to unlawfully possess with intent to distribute approximately 16.76 kilograms of cocaine, a schedule II, Title II, of the Controlled Substance Act.

This criminal complaint is based on these facts:

See Attachment "A"
Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey Davison, HSI Special Agent
*Printed name and title*

_____
*Judge's signature*

Date: __12/08/2020__

City and state: __Brownsville, Texas__     Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*

B-20-mj-902

## ATTACHMENT A

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

On December 07, 2020, Betsy Micaela ALCANTAR attempted entry into the United States (U.S.) from Mexico at the Gateway International Port of Entry in Brownsville, Texas in a grey Mercury Marquis. After receiving a negative declaration from ALCANTAR, Customs and Border Protection Officers (CBPO's) utilized the density meter (buster) to determine if a foreign substance was in between the door and interior door panel. The test resulted in a high reading, outside of the normal range, indicating something was inside the door. CBPOs referred ALCANTAR to secondary inspection. At secondary inspection, CBPOs asked ALCANTAR to make a secondary declaration, at which time she stated her vehicle was loaded with "drugs" but she did not know what kind. In secondary inspection, CBPO's discovered 15 packages concealed inside the door panels of the vehicle. The packages field tested positive to the properties of cocaine weighing an approximate total of 16.76 kilograms. An HSI SA and CBPO then attempted to interview ALCANTAR, who stated that she would not provide a statement unless an attorney was present. All questioning ceased at that time.

**Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on (12/07/2020).**

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

_____
Jeffrey Davison, Special Agent

U.S. Department of Homeland Security

Immigration and Customs Enforcement

Homeland Security Investigations

_____
U.S. Magistrate Judge